UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

F.C.,

      Plaintiff,

    v.

DHS, et al.,

      Defendants.

Case No. 2:23-cv-01800-BJR

ORDER

This matter comes before the Court on Plaintiff's Motion for a Protective Order permitting Plaintiff F.C. to proceed in this action using only the first initials of her first and last names. It is HEREBY ORDERED as follows:

1. Plaintiff's motion is granted.  There is a strong public interest in restricting the identity of asylum seekers from the public. *See* 8 C.F.R. §§ 208.6, 1208.6.  Plaintiff F.C. has demonstrated: a reasonable fear of harm to herself if her identity is disclosed; the public interest favors her remaining anonymous; and Defendants are not injured since her identity is not being withheld from them.

2. Plaintiff F.C. shall proceed in this action using only the first initials of her first and last name and her identity shall remain confidential to all but this Court and the Defendants.

ORDER - 1
F.C. v. DHS, 23-cv-1800-BJR

Northwest Immigrant Rights Project
615 2nd Ave., Suite 400, Seattle, WA 98104
Tel: 206-957-8628

3.  Defendants shall use only F.C.'s initials in all of their filings, including all exhibits in which their names appear.

4.  Nothing in this Order shall be construed as limiting or precluding Defendants from using F.C.'s full name and identity or information derived from her full name and identity in the ordinary course of Defendants' lawful business as allowed by law or from sharing her full name and identity with other government entities and as done in Defendants' ordinary course of business as allowed by law.

DATED this 29th day of November, 2023.

_____
United States District Judge

ORDER - 2
F.C. v. DHS, 23-cv-1800-BJR

Submitted this 21st day of November, 2023.

/s/ Christopher Strawn
Christopher Strawn, WSBA No. 32243
NORTHWEST IMMIGRANT
  RIGHTS PROJECT
615 2nd Avenue, Suite 400
Seattle, WA 98104
(206) 957-8628
(206) 587-4025 (Fax)
chris@nwirp.org